| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS: |
| COUNTY OF DUBOIS | ) |
| | IN THE DUBOIS SUPERIOR COURT |
| PATRICIA W. WILLIAMS, as the Personal Representative of the Estate Of SARAH A. RUPPRECHT | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. __19D01-2009-CT-000451__ |
| | ) |
| Wal-Mart Stores, East, LP; | ) |
| Wal-Mart Stores East, Inc. | ) |
| Defendant. | ) |

## COMPLAINT AND REQUEST FOR JURY TRIAL

The Plaintiff, Patricia W. Williams, as the Personal Representative of the Estate of Sarah A. Rupprecht, by her counsel, James E. Stoltz of Gerling Law Offices, P.C., for her Complaint and Request for Jury Trial, states as follows

## PARTIES

1. Sarah A. Rupprecht ("Sarah") was a resident of Dubois County, Indiana prior to her death on February 29, 2020. The Dubois County Superior Court appointed Patricia W. Williams the Personal Representative of Sarah's estate on March 23, 2020.

2. The Defendant, Wal-Mart Stores, L.P., is a foreign limited partnership existing under the laws of the State of Delaware and doing business in the State of Indiana.

1

3. The Defendant, Wal-Mart Stores East, Inc., is a foreign corporation existing under the laws of the State of Arkansas and doing business in the State of Indiana.

## FACTS AND CLAIMS

4. Sarah was injured at the Wal-Mart store in Jasper, Indiana on February 22, 2020 due to the negligence of an employee of the Defendants. The Defendants are liable for the negligence of their employee.

5. Due to the injury, Sarah's damages include pain and suffering and medical expenses.

6. Sarah died on February 29, 2020 due to the injuries she suffered on February 22, 2020 at the Wal-Mart store.

7. The Plaintiff hereby asserts claims for personal injury and wrongful death against the Defendants.

**WHEREFORE**, the Plaintiff, Patricia W. Williams, as the Personal Representative of the Estate of Sarah A. Rupprecht, respectfully requests this Court enter judgment in her favor and against the Defendants, for all amounts due as set forth herein, including, without limitation, lost wages, medical expenses, pain and suffering, all amounts due under Indiana law for wrongful death, and attorneys' fees and costs; and to grant all other relief just and proper in the premises

**GERLING LAW OFFICES, P.C.**

       By<u>/s/ James E. Stoltz</u>
         James E. Stoltz
         519 Main Street
         P.O. Box 3203
         Evansville, IN  47731
         **ATTORNEY FOR THE PLAINTIFF**

## DEMAND FOR JURY TRIAL

The Plaintiff, Patricia W. Williams, as the Personal Representative of the Estate of Sarah A. Rupprecht, respectfully request trial by jury on all issues.

**GERLING LAW OFFICES, P.C.**

       By<u>/s/ James E. Stoltz</u>
         James E. Stoltz
         519 Main Street
         P.O. Box 3203
         Evansville, IN  47731
         **ATTORNEY FOR THE PLAINTIFF**

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS: |
| COUNTY OF DUBOIS | ) |
| | IN THE DUBOIS SUPERIOR COURT |
| PATRICIA W. WILLIAMS, as the Personal Representative of the Estate Of SARAH A. RUPPRECHT | ) |
| Plaintiff, | ) |
| | ) **19D01-2009-CT-000451** |
| vs. | ) Cause No. _____ |
| | ) |
| Wal-Mart Stores, East, LP; | ) |
| Wal-Mart Stores East, Inc. | ) |
| Defendant. | ) |

## APPEARANCE

1. Represented Party:  **Patricia W. Williams as the Personal Representative of the Estate of Sarah A. Rupprecht**

2. Attorney information (as applicable for service of process):

    James E. Stoltz
    Ind. Sup. Ct. No. 22693-82
    **GERLING LAW OFFICES, P.C.**
    519 Main Street
    P.O. Box 3203
    Evansville, IN 47731
    Phone 812.423.5251
    Facsimile 812.423.9928
    Email jim@gerlinglaw.com

3. Will accept Fax service:  Yes __   No _x__

4. Additional information required by state or local rule: __

    /s/ James E. Stoltz
    James E. Stoltz
    Attorney Number 22693-82
    **GERLING LAW OFFICES, P.C.**
    519 Main Street
    P.O. Box 3203
    Evansville, IN 47731
    Phone 812.423.5251
    Facsimile 812.423.9928
    Email jim@gerlinglaw.com
    Counsel for the Plaintiff

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS: |
| COUNTY OF DUBOIS | ) |
| | IN THE DUBOIS SUPERIOR COURT |
| PATRICIA W. WILLIAMS, as the Personal Representative of the Estate Of SARAH A. RUPPRECHT | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. __19D01-2009-CT-000451__ |
| | ) |
| Wal-Mart Stores, East, LP; | ) |
| Wal-Mart Stores East, Inc. | ) |
| Defendant. | ) |

## SUMMONS

To:   Wal-Mart Stores East, LP
      CT Corporation System
      334 North Senate Avenue,
       Indianapolis, IN  46204

You are hereby notified that you have been sued by the person(s) named as plaintiff in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing must be filed in Court either by you or your attorney within twenty (20) days, commencing the day after you receive the summons, or twenty-three (23) days if this summons was received by mail, or a Judgment by Default may be rendered against you for the relief demanded by the plaintiff. Your written answer must comply with and be in the form prescribed by the Indiana Trial Rules of Civil Procedure and the rules of the trial Court. The Dubois Superior Court is located at One Courthouse Square, Jasper, IN 47546 and its phone number is 812.481.7070.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: _____9/18/2020_____._____



*Amy L. Kippenbrock*
Clerk (or Deputy Clerk)
Dubois Superior Court     CT

### Manner of Service

The following manner of service is designated for the above named Defendant.:

__X__   Certified mail.

_____   Service on individual by Sheriff.

_____   Personal service at place of employment.

Dated: _____.

Respectfully Submitted,

/s/ James E. Stoltz
James E. Stoltz
Ind. Sup. Ct. No. 22693-82
Gerling Law Offices, P.C.
519 Main Street
P.O. Box 3203
Evansville, IN 47731
Phone 812.423.5251
Facsimile 812.423.9928
Email jim@gerlinglaw.com

**Counsel for the Plaintiff**

| | |
|---|---|
| STATE OF INDIANA | ) |
|  | ) SS: |
| COUNTY OF DUBOIS | ) |
|  | IN THE DUBOIS SUPERIOR COURT |

PATRICIA W. WILLIAMS, as the
Personal Representative of the Estate
Of SARAH A. RUPPRECHT          )
            Plaintiff,        )
                              )
vs.                             ) Cause No. __19D01-2009-CT-000451__
                              )
Wal-Mart Stores, East, LP;        )
Wal-Mart Stores East, Inc.         )
            Defendant.        )

## SUMMONS

To:   Wal-Mart Stores East, Inc.
       CT Corporation System
       334 North Senate Avenue,
        Indianapolis, IN  46204

      You are hereby notified that you have been sued by the person(s) named as plaintiff in the Court indicated above.

      The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing must be filed in Court either by you or your attorney within twenty (20) days, commencing the day after you receive the summons, or twenty-three (23) days if this summons was received by mail, or a Judgment by Default may be rendered against you for the relief demanded by the plaintiff. Your written answer must comply with and be in the form prescribed by the Indiana Trial Rules of Civil Procedure and the rules of the trial Court. The Dubois Superior Court is located at One Courthouse Square, Jasper, IN 47546 and its phone number is 812.481.7070.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      Dated:  __9/18/2020__._____



*Amy L. Kippenbrock*
Clerk (or Deputy Clerk)
Dubois Superior Court

CT

**Manner of Service**

The following manner of service is designated for the above named Defendant.:

__X__   Certified mail.

_____   Service on individual by Sheriff.

_____   Personal service at place of employment.

Dated: _____.

Respectfully Submitted,

/s/ James E. Stoltz
James E. Stoltz
Ind. Sup. Ct. No. 22693-82
Gerling Law Offices, P.C.
519 Main Street
P.O. Box 3203
Evansville, IN 47731
Phone 812.423.5251
Facsimile 812.423.9928
Email jim@gerlinglaw.com

**Counsel for the Plaintiff**

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS: |
| COUNTY OF DUBOIS | ) |
| | ) IN THE DUBOIS SUPERIOR COURT |
| PATRICIA W. WILLIAMS, as the Personal Representative of the Estate Of SARAH A. RUPPRECHT | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 19D01-2009-CT-000451 |
| | ) |
| Wal-Mart Stores, East, LP; | ) |
| Wal-Mart Stores East, Inc. | ) |
| Defendants. | ) |

**CERTIFICATE OF ISSUANCE OF SUMMONS**

Pursuant to Trial Rule 86, Plaintiff, Patricia W. Williams, as the Personal Representative of the Estate of Sarah A. Rupprecht, hereby files this Certificate of Issuance of Summons.

Defendant:        Wal-Mart Stores, East LP
Method of Service: Certified Mail
Date of Mailing:   10/6/20
Address:           CT Corporation System, 334 North Senate Avenue
                   Indianapolis, IN 46204
Tracking #:        9414 7118 9956 4564 3268 37

Defendant:        Wal-Mart Stores, East, Inc.
Method of Service: Certified Mail
Date of Mailing:   10/6/20
Address:           CT Corporation System, 334 North Senate Avenue
                   Indianapolis, IN 46204
Tracking #:        9414 7118 9956 4564 3900 50

Date:   October 6, 2020

GERLING LAW OFFICES
PROFESSIONAL CORPORATION


By  */s/ James E. Stoltz*
    James E. Stoltz # 22693-82
    519 Main Street
    P.O. Box 3203
    Evansville, IN  47731
    ATTORNEY FOR PLAINTIFF

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received By: (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Wal-Mart Stores East, Inc.
CT Corporation Systems
334 North Senate AVenue
Indianapolis IN 46204-1708

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

OCT 0 6 2020
INDIANAPOLIS IN

9490 9118 9956 4564 3900 61

3. Service Type

☑ Certified Mail®

2. Article Nu
9414 7

PS Form 3811 Facsimile, July 2015 (SDC 3930)     Domestic Return Receipt



10/13/2020 12:38 PM scanned
20-cv-00246-RLY-MPB Document 1-2 Filed 10/16/20 Page 13 of 13
USPS TRACKING #
INDIANAPOLIS IN 460
8 OCT 2020 PM 3
Place barcode label here

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

Cause No. 19C01-2009-CT-000451

Dubois Superior Court
1 Courthouse Square
Jasper IN 47546

PS Form 3811 Facsimile, July 2015 (SDC 3930)